

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-21-00032-CV

IN THE INTEREST OF J.L.J., A CHILD

On Appeal from the 276th District Court
Titus County, Texas
Trial Court No. 41838

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

Jose A. Juarez, appellant, filed a notice of appeal in this matter on April 23, 2021. Appellant has not filed a docketing statement in accordance with Rule 32.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 32.1. Further, appellant has not tendered the mandatory $205.00 filing fee associated with the appeal, *see* TEX. R. APP. P. 5, and has not filed proof of indigency in lieu of a filing fee, *see* TEX. R. APP. P. 20.1.

"A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just." TEX. R. APP. P. 5.

By letter dated May 18, 2021, appellant was provided with notice of and an opportunity to cure these defects. *See* TEX. R. APP. P. 42.3(b), (c). The May 18 letter further warned appellant that, if he did not submit an adequate response to the notice by June 2, 2021, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rules. Appellant did not file a docketing statement, did not pay the mandatory filing fee, and did not file proof of indigency in lieu of a filing fee. Further, we have received no communication from appellant responsive to the May 18 correspondence. Accordingly, this appeal is ripe for dismissal.

Pursuant to Rule 42.3, subsections (b) and (c), of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.

Ralph K. Burgess
Justice

Date Submitted: July 1, 2021
Date Decided: July 2, 2021